BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of American
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

FILED
U.S. DISTRICT COURT
2008 APR 10 P 2:08
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Case No: 2:07 cr 873 TC |
| Plaintiff, : | FELONY INFORMATION |
| vs. : | VIO: 18 U.S.C. 2425, Use of |
| PATRICK CAREY : | Interstate Facility to Transmit Information about a Minor |
| Defendant. : | |

The United States Attorney charges:

COUNT I
(18 U.S.C. 2425)

Between November 17-23, 2007, in the Central Division of the District of

Utah,

PATRICK CAREY,

the defendant herein, using a means of interstate or foreign commerce, the internet, did

1

knowingly initiate the transmission of the name or electronic mail address of another individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of Title 18, United States Code, Section 2425.

Dated this 11th day of April, 2008.

BRETT TOLMAN
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney

2